IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 16-12C ) Judge N. Firestone |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____John Roberson_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

> John Roberson
> Senior Trial Counsel
> Commercial Litigation Branch
> Civil Division
> United States Department of Justice
> PO Box 480
> Ben Franklin Station
> Washington, D.C. 20044

> s/John Roberson
> JOHN ROBERSON
> Senior Trial Counsel
> Commercial Litigation Branch
> Civil Division
> Telephone: (202) 353-7972
> Facsimile: (202) 514-8640
> Email: John.Roberson@usdoj.gov

Dated: February 5, 2016