IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **TAYLOR ENERGY COMPANY LLC,** | * | **CASE NO. 16-12 C** |
| Plaintiff | * | |
| **VERSUS** | * | **JUDGE NANCY B. FIRESTONE** |
| | * | |
| **THE UNITED STATES OF AMERICA,** | | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**

Plaintiff, Taylor Energy Company LLC ("Taylor"), files this motion to request an enlargement of time of 60 days within which to file its Response to the Motion to Dismiss filed by Defendant, the United States. Pursuant to a contemporaneously filed Motion to Exceed the Page Limitation, Taylor also requests leave to exceed the page limitation applicable to its Response to the Motion to Dismiss by up to an additional 29 pages. We have contacted Defendant's counsel who has advised that Defendant consents both to Taylor's request for an enlargement of time and its request to exceed the page limitation.

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims (RCFC), Taylor respectfully requests an enlargement of time of 60 days, to and including August 23, 2016, within which to file its Response to the Motion to Dismiss filed by Defendant on May 24, 2016. Taylor's Response to Defendant's Motion to Dismiss is currently due on June 24, 2016. This is Taylor's first request for this purpose. As set forth above, pursuant to RCFC 6.1(b),

{N3237260.3}

Taylor's counsel discussed its request for an enlargement of time with Defendant's counsel who has advised that Defendant consents to this request.

Good cause exists for Taylor's requested extension of time. After moving for and having two extensions of time granted to it, for a total enlargement of time of 81 days, Defendant filed its Motion to Dismiss Taylor's Complaint, asserting four independent grounds for dismissal in a brief that, by Taylor's consent and an Order from this Court, exceeds the 40-page limitation by more than 25 pages. In its Motion to Dismiss, Defendant challenges the Court's subject matter jurisdiction under RCFC 12(b)(1) and asserts that Taylor fails to state a claim upon which relief may be granted under RCFC 12(b)(6). Taylor seeks a 60-day enlargement of time to provide it with sufficient time to address thoroughly and adequately the law and the facts related to Defendants' four independent grounds for dismissal, certain of which go beyond the four corners of Taylor's Complaint. As a result and given the scope of the Motion to Dismiss, Taylor respectfully submits that the requested enlargement is necessary to afford Taylor appropriate time for a full presentation of its responsive arguments in support of this Court's subject matter jurisdiction over this action and in support of Taylor's adequate statement of claims upon which relief may be granted.

For the foregoing reasons, Taylor respectfully requests that the Court grant its unopposed motion for a 60-day enlargement of time to respond to Defendant's Motion to Dismiss.

Dated: June 7, 2016

Respectfully Submitted,

*/s/ Carl D. Rosenblum*
CARL D. ROSENBLUM, T.A.
(LA Bar No. 2083) (Admitted *Pro Hac Vice*)
ALIDA C. HAINKEL
(LA Bar No. 24114) (Admitted *Pro Hac Vice*)
LAUREN C. MASTIO
(LA Bar No. 33077) (Admitted *Pro Hac Vice*)
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
crosenblum@joneswalker.com

And

JOHN F. COONEY
PAUL A. DEBOLT
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 344-4000

*Counsel for Plaintiff,*
*Taylor Energy Company LLC*