IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **TAYLOR ENERGY COMPANY LLC,** | * | **CASE NO. 16-12 C** |
| Plaintiff | * | |
| **VERSUS** | * | **JUDGE NANCY B. FIRESTONE** |
| | * | |
| **THE UNITED STATES OF AMERICA,** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT MOTION TO EXCEED THE PAGE LIMITATION**

Pursuant to Rule 5.4(b) of the Rules of the United States Court of Federal Claims (RCFC), Plaintiff, Taylor Energy Company LLC ("Taylor"), files this motion to request leave to exceed the page limitation applicable to its Response to the Motion to Dismiss. Taylor's Response is currently due on June 24, 2016, and, by a contemporaneously filed Motion for Enlargement of Time to File Response, Taylor requests an enlargement of time of 60 days, to and including August 23, 2016, within which to file its Response. We have contacted Defendant's counsel who has advised that Defendant consents both to Taylor's request to exceed the page limitation and its request for an enlargement of time.

Rule 5.4(b)(1) of the RCFC limits Taylor's Response to Defendant's Motion to Dismiss to 40 pages. Good cause exists for granting Taylor leave to file a Response that exceeds the 40-page limitation by up to an additional 29 pages. Given the scope of the Motion to Dismiss, the requested enlargement is necessary to ensure a full presentation of Taylor's responsive arguments. Defendant's Motion to Dismiss, seeking dismissal of Taylor's claims under both RCFC 12(b)(1) and RCFC 12(b)(6), contains a 6-page "Introduction," a 29-page "Statement of

the Facts" and a 29-page "Argument."  To address properly Defendant's four independent grounds for dismissal, three of which seek dismissal under Rule 12(b)(1) and one of which seeks dismissal under Rule 12(b)(6), it is anticipated that the 40-page limitation will be inadequate.  As a result, Taylor respectfully requests that the Court issue an order granting Taylor leave to exceed by up to 29 pages, the 40-page limitation applicable to Taylor's Response to Defendant's Motion to Dismiss.

Pursuant to its Complaint, Taylor asserts that Defendant has breached a Trust Agreement, dated March 19, 2008, by Defendant's indefinite withholding of $432 million of Taylor's funds in a trust account for performance of contract obligations that are impossible to perform in accordance with governing federal statutes and regulations.  Given the extensive factual background relevant to this case and the wide range of legal issues raised by Defendant in its Motion to Dismiss, Taylor will need to detail the facts and the law that support this Court's subject matter jurisdiction over this action and that support Taylor's adequate statement of claims upon which relief may be granted.  It is anticipated that Taylor will likely require up to an additional 29 pages in order to do so.  As set forth above, we have contacted Defendant's counsel who has advised that Defendant consents to this motion to exceed the page limitation.

For the foregoing reasons, Taylor respectfully requests that the Court grant its unopposed motion for leave to exceed the 40-page limitation by up to 29 pages.

Dated: June 7, 2016

Respectfully Submitted,

*/s/ Carl D. Rosenblum*
CARL D. ROSENBLUM, T.A.
(LA Bar No. 2083) (Admitted *Pro Hac Vice*)
ALIDA C. HAINKEL
(LA Bar No. 24114) (Admitted *Pro Hac Vice*)
LAUREN C. MASTIO
(LA Bar No. 33077) (Admitted *Pro Hac Vice*)
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone:  (504) 582-8000
crosenblum@joneswalker.com

And

JOHN F. COONEY
PAUL A. DEBOLT
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
Telephone:  (202) 344-4000

*Counsel for Plaintiff,*
*Taylor Energy Company LLC*