# In the United States Court of Federal Claims

No. 16-12C
(Filed: September 14, 2016)

|  |  |
|---|---|
| TAYLOR ENERGY COMPANY LLC, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**O R D E R**

The court hereby **SCHEDULES** a status conference for **Thursday, October 6, 2016 at 11:00 AM eastern time**. The proceeding will be held via AT&T Teleconference and a court reporter will be present. Counsel for each party has been provided the dial-in information.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge