# In the United States Court of Federal Claims

No. 16-12C
(Filed: October 6, 2016)

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

# O R D E R

As discussed at the October 6, 2016 status conference, the court **LIFTS** the stay for consideration of defendant's motion to dismiss (ECF No. 11), filed May 24, 2016. Plaintiff shall file its response to the motion to dismiss by **November 7, 2016**. In its response to the motion to dismiss, plaintiff shall also indicate whether the parties believe this case should be stayed pending settlement negotiations. Defendant shall file its reply in support of its motion to dismiss in accordance with the court's rules.

Plaintiff's motion for discovery regarding jurisdictional facts (ECF No. 16), filed July 11, 2016, is **STAYED** pending resolution of the motion to dismiss.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge