IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **TAYLOR ENERGY COMPANY LLC,** | * | **CASE NO. 16-12 C** |
| **Plaintiff** | * | |
| **VERSUS** | * | **JUDGE NANCY B. FIRESTONE** |
| | * | |
| **THE UNITED STATES OF AMERICA,** | | |
| | * | |
| **Defendant** | | |

\* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**

Plaintiff, Taylor Energy Company LLC ("Taylor"), files this motion to request an enlargement of time of 14 days within which to file its Response to the Motion to Dismiss filed by Defendant, the United States. We have contacted Defendant's counsel who has advised that Defendant consents to Taylor's request for an enlargement of time.

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims (RCFC), Taylor respectfully requests an enlargement of time of 14 days, to and including November 21, 2016, within which to file its Response to the Motion to Dismiss filed by Defendant on May 24, 2016. By Court Order dated October 6, 2016 (Rec. Doc. No. 21), Taylor's Response to Defendant's Motion to Dismiss is currently due on November 7, 2016. This is Taylor's first request for this purpose. As set forth above, pursuant to RCFC 6.1(b), Taylor's counsel discussed its request for an enlargement of time with Defendant's counsel who has advised that Defendant consents to this request.

{N3318021.1}

Good cause exists for Taylor's requested extension of time. Up until the Court's October 6, 2016 Order, briefing on Defendant's Motion to Dismiss had been stayed. *See* Rec. Doc. No. 17. Due to the press of other business, Taylor needs this short extension in order to finalize its responsive arguments in support of this Court's subject matter jurisdiction over this action and in support of Taylor's adequate statement of claims upon which relief may be granted.

For the foregoing reasons, Taylor respectfully requests that the Court grant its unopposed motion for a 14-day enlargement of time to respond to Defendant's Motion to Dismiss.

Dated: October 31, 2016

                    Respectfully Submitted,

                    */s/ Carl D. Rosenblum*
                    CARL D. ROSENBLUM, T.A.
                    ALIDA C. HAINKEL
                    LAUREN C. MASTIO
                    Jones Walker LLP
                    201 St. Charles Avenue, 49th Floor
                    New Orleans, Louisiana 70170-5100
                    Telephone: (504) 582-8000
                    crosenblum@joneswalker.com

                    And

                    JOHN F. COONEY
                    PAUL A. DEBOLT
                    Venable LLP
                    575 7th Street, N.W.
                    Washington, D.C. 20004
                    Telephone: (202) 344-4000

                    *Counsel for Plaintiff,*
                    *Taylor Energy Company LLC*